IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-20246
Conference Calendar
_____

WILBERT PRUDHOMME,

                                        Plaintiff-Appellant,

versus

MARSHAL HERKLOLTZ; WILLIAM S. WINKLER;
 W. BERGEY, Doctor,

                                        Defendants-Appellees.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. H-94-CV-1920
- - - - - - - - - -
February 12, 1999

Before BARKSDALE and EMILIO M. GARZA, Circuit Judges.[*]

PER CURIAM:[**]

     Wilbert Prudhomme, Texas prisoner # 513953, appeals the

summary judgment order dismissing his civil rights action filed

pursuant to 42 U.S.C. § 1983.  Prudhomme has failed to

demonstrate deliberate indifference to his serious medical needs

with regard to his claim that he was denied treatment for an

infection resulting from a broken jaw.  See Johnson v. Treen, 759

_____

     [*]This matter is being decided by a quorum.  28 U.S.C. §
46(d).

     [**] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

F.2d 1236, 1237 (5th Cir. 1985).  At most, Prudhomme has shown negligence on the part of defendants.  As such, his claims are not actionable under § 1983.  See Farmer v. Brennan, 511 U.S. 825, 834 (1994).

This appeal is without arguable merit and thus frivolous. It is DISMISSED.  See Howard v. King, 707 F.2d 215, 219-20 (5th Cir. 1983); 5th Cir. R. 42.2.

Additionally, Prudhomme is warned that future frivolous appeals will invite the imposition of sanctions.  Prudhomme should review any pending appeals to ensure that they do not raise frivolous arguments.

APPEAL DISMISSED; SANCTION WARNING ISSUED.